IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILL CRUZ,

    Plaintiff,

v.                                                  Case No.  2:22-cv-00857

AERSALE, INC.,

    Defendant.

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER AND AFFIRMATIVE DEFENSES

THIS MATTER is before the Court on Defendant's Unopposed Motion for Leave to File Amended Answer and Affirmative Defenses, (Doc. 11), filed January 31, 2023. Having considered the unopposed motion and record of the case, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion for Leave to File Amended Answer and Affirmative Defenses, (Doc. 11), is **GRANTED**.  Defendant shall file its Amended Answer (attached to Document 11 at pages 8-15) **by February 3, 2023**.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE