# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

WILL CRUZ, *Individually and*
*on behalf of others similarly situated*,

      Plaintiff,

v.                                                    No. 2:22-cv-857 GJF/KRS

AERSALE, INC.,

      Defendant/Third-Party Plaintiff,

v.

LAUNCH TECHNICAL WORKFORCE SOLUTIONS, LLC,

      Third-Party Defendant.

## SCHEDULING ORDER

      **THIS MATTER** comes before the Court following a telephonic Rule 16 scheduling conference held on February 21, 2024. At the hearing, the Court adopted the parties' proposed Joint Status Report and Provisional Discovery Plan, with modifications, as reflected in the dates below.

      Accordingly, **IT IS HEREBY ORDERED** that the parties shall adhere to the following discovery plan:

(a) Maximum of twenty-five (25) interrogatories by each party to any other party, with responses due thirty (30) days after service.

(b) Maximum of twenty-five (25) requests for admission by each party to any other party, with responses due thirty (30) days after service.

(c) Maximum of ten (10) depositions by Plaintiffs and ten (10) by AerSale. The parties reserve the right to seek additional depositions depending on the size of any alleged

class that may be proposed or allowed in this case. Each deposition limited to maximum of seven (7) hours unless extended by agreement of parties.

**IT IS FURTHER ORDERED** that the following case management deadlines shall govern:

(a)   Deadline for Plaintiff to amend pleadings and join additional parties pursuant to Federal Rule of Civil Procedure 15:  **May 1, 2024**;

(b)   Deadline for Defendant to amend pleadings and join additional parties pursuant to Federal Rule of Civil Procedure 15: **June 3, 2024**;

(c)   Termination of discovery relating to Class/Collective Certification: **May 20, 2024**;

(d)   Motion for Class/Collective Certification due: **September 27, 2024**;

(e)   Deadline for Plaintiff's expert reports: **September 13, 2024**;

(f)   Deadline for Defendant's expert reports: **October 14, 2024**;

(g)   Deadline for Plaintiff's supplemental/rebuttal reports: **November 15, 2024**;

(h)   Deadline for Defendant's supplemental/rebuttal reports: **December 16, 2024**;

(i)   Termination of all other discovery:  **January 20, 2025**;

(j)   Deadline for supplementing discovery/disclosures: Due in accordance with the Rules of Civil Procedure;

(k)   Motions relating to discovery: **February 10, 2025**;

(l)   All other motions:[1]  **February 20, 2025**;

(m)   Pretrial order:  To be set by the presiding judge.

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions *in limine*. The Court will set a motions *in limine* deadline in a separate order.

**IT IS FURTHER ORDERED** that the Court must approve any changes to the timing or scope of discovery, other than the parties' agreement to extend the length of a deposition made during the deposition in question.  Requests by a party to change the timing or scope of discovery, other than a mutual agreement to extend a deposition reached during the deposition, must be made by motion and before the termination of discovery or the expiration of any applicable deadline.  Discovery must be completed on or before the termination of the discovery deadline.  A written discovery request must be propounded by a date which ensures that the response to that request is due on or before the discovery deadline.  The parties are further reminded that the cutoff for motions related to discovery does not relieve the party of the twenty-one (21) day time period under Local Rule 26.6 to challenge a party's objections to answering discovery.  The parties are encouraged to review Federal Rule of Civil Procedure 26(a)(2) to ensure they properly disclose *all* testifying witnesses, not just those for whom a report is required.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE