# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| WILL CRUZ, for himself and others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>AERSALE, INC.,<br><br>      Defendant, | Case No. 2:22-cv-00857-GJF-KRS |

## **ORDER**

The Court, having considered the parties' joint motion to extend certain deadlines, hereby GRANTS the motion.

IT IS THEREFORE ORDERED that Plaintiff's deadline to file a motion under D.N.M.LR-Civ. 26.6 is extended to **May 16, 2024**. The deadline for class/collective action discovery is extended to **July 24, 2024**.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE