**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**WILL CRUZ,**

     *Plaintiff,*

**v.**                                         **Case No.  2:22-cv-00857-GJF-KRS**

**AERSALE, INC.,**

     *Defendant/Third-Party Plaintiff,*

**v.**

**LAUNCH TECHNICAL
WORKFORCE SOLUTIONS, LLC**

     *Third-Party Defendant.*

**AGREED STIPULATION OF EXTENSION OF
TIME FOR DEFENDANT TO RESPOND TO CRUZ'S
MOTION TO STRIKE OR SEVER THIRD-PARTY COMPLAINT**

COMES NOW Defendant with the agreement of Plaintiff, and shows the court as follows:

On June 24, 2024, Cruz filed his Motion to Strike or Sever Third-Party Complaint and Brief in Support ("Motion to Strike").  Defendant's offices are closed beginning at 3:00 pm on Wednesday, July 3, 2024 through Friday, July 5, 2024.  The parties are also set for mediation on July 10, 2024, and efforts are being directed at preparing for same.  As a result, the parties have stipulated to a one-week extension of Defendant's deadline to respond to the Motion to Strike. Accordingly, Defendant requests its deadline to file its Response to the Motion to Strike be extended to July 15, 2024.  This extension is made in good faith and is not intended for the purposes of delay, but so that justice may be served.  This request will not affect any other active deadlines.

For the reasons set forth herein, the Court should grant the parties stipulation of extension of time for Defendant to respond to Cruz's Motion to Strike and extend the deadline to respond to July 15, 2024.

Dated:  July 3, 2024                              Respectfully submitted,

                                                 JACKSON LEWIS P.C.

                                                 By  */s/ Michael J. DePonte*
                                                     Michael J. DePonte
                                                     Nicholé M. Plagens
                                                     JACKSON LEWIS P.C.
                                                     500 N. Akard St., Suite 2500
                                                     Dallas, Texas 75201
                                                     Phone: (972) 728-3307
                                                     Facsimile: (214) 520-2008
                                                     michael.deponte@jacksonlewis.com
                                                     nichole.plagens@jacksonlewis.com

                                                 **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

The parties, through their counsel, communicated electronically and counsel for Plaintiff stated that they are unopposed to this motion.

                                                 */s/Michael J. DePonte*
                                                 Michael J. DePonte

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was served on the following counsel of record in accordance with the Federal Rules of Civil Procedure on this 3rd July, 2024.

| | |
|---|---|
| David I. Moulton<br>Richard J. (Rex) Burch, Esq.<br>**BRUCKNER BURCH PLLC**<br>8 Greenway Plaza, Suite 1500<br>Houston, Texas 77046<br>rburch@brucknerburch.com<br>dmoulton@brucknerburch.com<br><br>Michael A. Josephson<br><br>Andrew W. Dunlap<br><br>William M. Hogg<br><br>**JOSEPHSON DUNLAP LAW FIRM**<br>11 Greenway Plaza, Suite 3050<br>Houston, Texas 77046<br>mjosephson@mybackwages.com<br><br>adunlap@mybackwages.com<br><br>whogg@mybackwages.com<br><br><br><br>**ATTORNEYS FOR PLAINTIFF**<br>**AND STRAIGHT TIME EMPLOYEES** | Justin D. Rodriguez<br><br>Clifford K. Atkinson<br>**ATKINSON, BAKER & RODRIGUEZ, P.C.**<br><br>201 Third Street, N.W., Suite 1850<br>Albuquerque, NM 87102<br><br>jrodriguez@abrfirm.com<br><br>catkinson@abrfirm.com<br><br>Adam Carl Smedstad  (*admitted phv*)<br><br>**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.**<br>5470 Shilshole Avenue NW, Suite 520<br>Seattle, WA 98107<br>asmedstad@scopelitis.com<br><br><br>Andrew J. Ireland (*admitted phv*)<br><br>**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.**<br>10 West Market Street, Suite 1400<br>Indianapolis, IN 46204<br>aireland@scopelitis.com<br><br>**ATTORNEYS FOR THIRD-PARTY DEFENDANT, LAUNCH TECHNICAL WORKFORCE SOLUTIONS, LLC** |

*/s/Michael J. DePonte*
Michael J. DePonte