IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

WILL CRUZ,

    *Plaintiff*,

v.                                          Case No. 2:22-cv-00857-GJF-KRS

AERSALE, INC.,

    *Defendant/Third-Party Plaintiff*,

v.

LAUNCH TECHNICAL
WORKFORCE SOLUTIONS, LLC

    *Third-Party Defendant.*

### ORDER GRANTING AGREED STIPULATION OF EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO CRUZ'S MOTION TO STRIKE OR SEVER THIRD-PARTY COMPLAINT

    Having considered Defendant's Agreed Stipulation of Extension of Time for Defendant to Respond to Cruz's Motion to Strike or Sever Third-Party Complaint, (Doc. 70), the Court is of the opinion that the Motion should be granted. Accordingly, the Motion is **GRANTED** and Defendant's deadline to respond to the Motion to Strike or Sever Third-Party Complaint, (Doc. 69), is extended to July 15, 2024.

    **IT IS SO ORDERED.**

                                                          */s/ Kevin Sweazea*
                                                          **UNITED STATES MAGISTRATE JUDGE**