**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**AERSALE, INC.,**

    *Defendant/Third-Party Plaintiff*,

v.                                                    Civil Action No. 2:22-cv-00857

**AVIATION PERSONNEL, LLC, G-FORCE AIRCRAFT**
**MAINTENANCE, INC., HIRE AVIATION STAFFING**
**SOLUTIONS, LLC, P S D PROFESSIONAL SERVICES**
**DEVELOPMENT INC., and STROM AVIATION, INC.**

    *Third-Party Defendants*.

**ORDER GRANTING AGREED STIPULATION FOR**
**EXTENSION OF TIME FOR THIRD-PARTY DEFENDANT**
**STROM AVIATION, INC. TO RESPOND TO THIRD-PARTY COMPLAINT**

    Having considered the Defendant/Third-Party Plaintiff AerSale, Inc's Agreed Stipulation for Extension of Time for Third-Party Defendant Strom Aviation, Inc., the Court is of the opinion that the Motion should be granted. Accordingly, the Motion is **GRANTED** and Third-Party Defendant Strom Aviation, Inc.'s deadline to file a responsive pleading is August 22, 2024.

                                                         **UNITED STATES MAGISTRATE JUDGE**