IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILL CRUZ, for himself and others similarly situated,

v.

AERSALE, INC.

Case No. 2:22-cv-00857-GJF-KRS

## ORDER

The Court, having considered the Parties' Joint Motion to Extend Deadlines, (Doc. 82), hereby GRANTS the motion.

IT IS THEREFORE ORDERED that the period for class/collective action discovery is extended to 60 days following the date AerSale complies with any ruling granting Cruz's motion to compel, or 60 days following any order denying his motion to compel. The Court will set a scheduling conference after ruling on the motion to compel and the Parties will submit a joint scheduling proposal to reset the remaining case deadlines.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE