**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**AERSALE, INC,**

    *Defendant/Third-Party Plaintiff,*

v.                                                                          **Civil Action No. 2:22-cv-00857-GJF-KRS**

**HIRE AVIATION STAFFING SOLUTIONS, LLC, et al.,**

    *Third-Party Defendants.*

### ORDER GRANTING AGREED STIPULATION FOR ENLARGEMENT OF TIME FOR THIRD-PARTY DEFENDANT HIRE AVIATION STAFFING SOLUTIONS, LLC TO RESPOND TO THIRD-PARTY COMPLAINT

Having considered Defendant/Third-Party Plaintiff AerSale, Inc.'s Agreed Stipulation for Enlargement of Time for Third-Party Defendant Hire Aviation Staffing Solutions, LLC, the Court is of the opinion that the Motion should be granted. Accordingly, the Motion is GRANTED and Third-Party Defendant Hire Aviation Staffing Solutions, LLC's deadline to file a responsive pleading is August 23, 2024.

*/s/ Kevin Sweazea*
**UNITED STATES MAGISTRATE JUDGE**