IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**AERSALE, INC.,**

    *Defendant/Third-Party Plaintiff*,

v.                                               Civil Action No. 2:22-cv-00857

**AVIATION PERSONNEL, LLC, G-FORCE AIRCRAFT MAINTENANCE, INC., HIRE AVIATION STAFFING SOLUTIONS, LLC, P S D PROFESSIONAL SERVICES DEVELOPMENT INC., and STROM AVIATION, INC.**

    *Third-Party Defendants*.

### ORDER GRANTING AGREED STIPULATION FOR EXTENSION OF TIME FOR THIRD-PARTY DEFENDANT G-FORCE AIRCRAFT MAINTENANCE, INC. TO RESPOND TO THIRD-PARTY COMPLAINT

Having considered the Defendant/Third-Party Plaintiff AerSale, Inc's Agreed Stipulation for Extension of Time for Third-Party Defendant G-Force Aircraft Maintenance, Inc., the Court is of the opinion that the Motion should be granted. Accordingly, the Motion is **GRANTED** and Third-Party Defendant G-Force Aircraft Maintenance, Inc.'s response to the Third-Party Complaint is due by September 6, 2024.

    **IT IS SO ORDERED.**

                                                            **UNITED STATES MAGISTRATE JUDGE**