IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| WILL CRUZ, § § § *Plaintiff,* § § vs. § § AERSALE, INC., § § *Defendant/Third-Party Plaintiff,* § § vs. § § PSD PROFESSIONAL SERVICES § DEVELOPMENT, INC., et al., § § *Third-Party Defendants.* § | Civil Action No. 2:22-cv-00857-GJF-KRS |

## ORDER

The Court, having considered Defendant, PSD PROFESSIONAL SERVICES DEVELOPMENT, INC.'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO AERSALE, INC.' THIRD-PARTY COMPLAINT, hereby GRANTS the motion.

IT IS THEREFORE ORDERED that Defendant PSD Professional Services Development, Inc.'s deadline to file a response to the Third Party Complaint filed by AerSale, Inc. shall be extended to **September 4, 2024.**

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE