IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILL CRUZ, *Individually and*
*on behalf of others similarly situated*,

      Plaintiff,

v.                                       No. 2:22-cv-857 GJF/KRS

AERSALE, INC.,

      Defendant/Third-Party Plaintiff,

v.

AVIATION PERSONNEL, LLC, et al.,

      Third-Party Defendants.

## ORDER

The Court, having considered Third-Party Defendant Aviation Personnel, LLC's Unopposed Motion to Extend Deadline to Respond to AerSale, Inc.'s Third-Party Complaint, (Doc. 102), hereby **GRANTS** the Motion.

IT IS THEREFORE ORDERED that Third-Party Defendant Aviation Personnel, LLC's deadline to file a response to the Third-Party Complaint filed by AerSale, Inc. shall be extended to **October 9, 2024**.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE