IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILL CRUZ, *individually and*
*on behalf of others similarly situated*,

   Plaintiff,

v.   No. 2:22-cv-857 GJF/KRS

AERSALE, INC.,

   Defendant.

## SCHEDULING ORDER

**THIS MATTER** comes before the Court following telephonic scheduling conferences held on December 12, 2024 (Doc. 124), May 1, 2025 (Doc. 152), and July 1, 2025 (Doc. 161). At the most recent scheduling conference, the Court agreed to enter new discovery deadlines as follows:

 (a) Motion for Class/Collective Certification due: **October 29, 2025 (**120 days from July 1, 2025).

 (b) Deadline for Plaintiff's expert reports: **October 20, 2025 (**110 days from July 1, 2025) [1].

 (c) Deadline for Defendant's expert reports: **November 18, 2025** (140 days from July 1, 2025).

 (d) Deadline for Plaintiff's supplemental/rebuttal reports: **December 18, 2025** (170 days from July 1, 2025).

 (e) Deadline for Defendant's supplemental/rebuttal reports: **January 20, 2026** (200 days from July 1, 2025).

---

[1] The parties must have their experts ready to be deposed at the time they identify them and produce their reports.

  (f)  Termination of discovery: **March 2, 2026** (240 days from July 1, 2025).

  (g)  Deadline for supplementing discovery/disclosures: **Due within thirty (30) days of receipt of information giving rise to the need for supplementation.**

  (h)  Motions relating to discovery: **April 1, 2026** (270 days from July 1, 2025).

  (i)  All other motions[2]: **April 13, 2026** (280 days from July 1, 2025).

  (j)  Pretrial order: To be set by the presiding judge.

**IT IS FURTHER ORDERED** that the Court must approve any changes to the timing or scope of discovery, other than the parties' agreement to extend the length of a deposition made during the deposition in question. Requests by a party to change the timing or scope of discovery, other than a mutual agreement to extend a deposition reached during the deposition, must be made by motion and before the termination of discovery or the expiration of any applicable deadline. Discovery must be completed on or before the termination of the discovery deadline. A written discovery request must be propounded by a date which ensures that the response to that request is due on or before the discovery deadline. The parties are further reminded that the cutoff for motions related to discovery does not relieve the party of the twenty-one (21) day time-period under Local Rule 26.6 to challenge a party's objections to answering discovery. The parties are encouraged to review Federal Rule of Civil Procedure 26(a)(2) to ensure they properly disclose *all* testifying witnesses, not just those for whom a report is required.

---

[2] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions *in limine*. The Court will set a motions *in limine* deadline in a separate order. Counsel should review and comply with the chambers-specific guidelines for the presiding and referral judges assigned to this case, which are available at *https://www.nmd.uscourts.gov/judges*. Each judge may have practices and submission procedures that counsel are expected to follow.

**SO ORDERED THIS 1st day of July 2025.**

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE