**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

WILL CRUZ, for himself and others similarly situated,

v.

AERSALE, INC.

Case No. 2:22-cv-00857-GJF-KRS

**ORDER**

Currently before the Court is the Joint Motion To Extend Class Certification Deadline And Remaining Deadlines (Doc. 175).

In the eight months since the Scheduling Order (Doc. 162) was entered, the parties have filed four joint motions seeking an extension of deadlines *See* (Docs. 167, 171, 173, 175). The parties stated in the motion immediately preceding the present one, filed about one month ago, that they only needed an extension of the deadline for class/collective certification motions—from February 27, 2026 to March 27, 2026. (Doc. 173 at 1). The parties represented that "[t]here [was] no need to modify the discovery deadline or deadlines for other motions." (*Id.*). Now the parties seek to modify all unexpired deadlines.

The reason given in the last motion for the request to extend the deadline for class/collective certification motions was that the parties needed to complete the deposition of third-party Hire Aviation, which they said had to be rescheduled from February 6, 2026 to February 27, 2026 due to conflicts in counsels' schedules. (*Id.*). Seeming to contradict that representation in the previous motion, the parties now state that they completed the depositions of the three corporate representatives of Hire Aviation on February 9, 2026. (Doc. 175 at 1). They state that a further extension of the class/collective certification motion deadline is needed from March 27, 2027 to

April 27, 2027, because "AerSale's deposition was scheduled by agreement for March 6, but needs to be rescheduled in order to fully identify materials necessary to prepare the corporate representative for the enumerated topics." (Doc. 175 at 1). The parties further state that they have agreed to reset AerSale's deposition "to a mutually agreeable date," but then suggest that they do not intend to reschedule the deposition immediately because they are continuing to pursue settlement, which, if it occurred, would make the deposition unnecessary.

The Court is concerned that this approach will lead to another extension motion. The filing of a class/collective certification motion has been delayed for years now due to lack of progress in discovery. *See, e.g.* (Doc. 118). Meanwhile, the case has been pending for well over three years, and in all that time the corporate deposition of the defendant has apparently not taken place. The Court has discussed with the parties the need to make progress on discovery at multiple status conferences over the past year. *See, e.g.,* (Docs. 124, 152). The Court understands that there have been issues with obtaining needed discovery from third-parties, and appreciates the efforts counsel have made thus far to keep the case moving along. But the parties are forewarned that, absent exceptional circumstances, no further extensions of the class/collective motion deadline will be granted. That means if AerSale's deposition is required for a motion for class/collective certification (and the Court presumes that it is), and the deadline for filing a class/collective motion is fast approaching, the parties must not wait any longer to schedule AerSale's deposition regardless of ongoing settlement negotiations. The best approach is for the parties to reach agreement now on a date to conduct AerSale's deposition taking into account the extended deadlines in this Order, and attempt to reach settlement within those time parameters. They should not pursue settlement without a date for the deposition being scheduled, and then seek to change

the time parameters set forth herein when they realize that the case is not going to settle without having left themselves enough time to conduct needed discovery.

**ACCORDINGLY,** it is **ORDERED** that the Joint Motion To Extend Class Certification Deadline And Remaining Deadlines (**Doc. 175**) is **GRANTED**, and the deadlines are extended as follows:

**Motion for class/collective certification:**    From February 27, 2026 to **March 27, 2026**

**Discovery:**    From May 18, 2026 to **June 17, 2026**

**Motions Relating to Discovery**:    From June 1, 2026 to **July 1, 2026**

**All Other Motions:**   From June 12, 2026 to **July 13, 2026**.

IT IS SO ORDERED this 5th day of March, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

3